1



2



3

| Receipt Number<br>IOE9028199115 | USCIS Online Account Number<br>032141089361 | Case Type<br>N400 - APPLICATION FOR NATURALIZATION |
|---|---|---|
| Received Date<br>06/23/2020 | Priority Date<br>06/23/2020 | Applicant<br>A206 596 236<br>JELENA MILOVANOVIC |
| Notice Date<br>06/24/2020 | Page<br>1 of 1 | |

MILOVANOVIC, JELENA
c/o JELENA MILOVANOVIC
10429 WINTER PARK DR
PALOS HILLS IL 60465

**Notice Type:** Receipt Notice
**Received Amount:** $ 725.00 U.S. Paid

Thank you for submitting your application, petition, or request. Our office is currently processing it.

Please verify your personal information listed above. If you need to make any changes, immediately notify the USCIS National Customer Service Center (NCSC) using the phone number below.

**Next Steps:**

- We will schedule you for an appointment at a USCIS Application Support Center (ASC) for you to provide your fingerprints, photograph and/or signature.
- We will mail you a separate biometrics appointment notice with the specific date, time, and ASC location. Please wait until you receive your appointment notice before going to the ASC.

Be advised that this notice does **NOT** serve as notification of your biometrics appointment.

If you have any questions or comments regarding this notice or the status of your case, please contact the NCSC toll free at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have questions about immigration benefits, services, filing information, or forms, please visit our website at www.uscis.gov or call the NCSC.

If your mailing address changes while your case is pending, please update it through your USCIS Online Account or by calling the NCSC.

You will be notified separately about any other application, petition, or request you may have filed with us.

Please note that if a priority date appears on this notice, it does not reflect any earlier retained priority dates.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

National Benefits Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. BOX 25920
Overland Park KS 66225

USCIS Contact Center: www.uscis.gov/contactcenter



4



| Notice to Applicants | CASE TYPE<br>N400 - APPLICATION FOR NATURALIZATION | | NOTICE DATE<br>02/19/2021 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER<br>IOE9028199115 | | USCIS A#<br>A206 596 236 | CODE<br>N/A |
| ACCOUNT NUMBER<br>032141089361 | TCR | SERVICE CENTER<br>NBC | PAGE<br>1 of 1 |

JELENA MILOVANOVIC
c/o JELENA MILOVANOVIC
10429 WINTER PARK DR
PALOS HILLS IL 60465

U. S. Citizenship and Immigration Services (USCIS) has received your form and is currently processing your application, petition, or request. This notice informs you that USCIS is able to reuse your previously captured fingerprints and other biometrics. USCIS will run the same security checks and use your biometric data as in the past, however, **it is not necessary for you to appear at a USCIS Application Support Center (ASC) for a biometrics appointment.** The biometrics fee will not be refunded.

USCIS is continuing to process your application, petition, or request. USCIS will contact you in writing if any additional information is necessary to resolve your case.

This notice is not an approval of your pending application, petition, or request.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center toll free at 1-800-375-5283. If you are hearing impaired, please call the Contact Center TDD at 1-800-767-1833.

APPLICATION NUMBER
N400 - IOE9028199115



**If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.**

**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

5



| Receipt Number<br>IOE9028199115 | USCIS Online Account Number<br>032141089361 | Case Type<br>N400 - APPLICATION FOR NATURALIZATION |
|---|---|---|
| Received Date<br>06/23/2020 | Priority Date | Applicant<br>A206 596 236<br>JELENA   MILOVANOVIC |
| Notice Date<br>03/11/2021 | Page<br>1 of 2 | |

JELENA MILOVANOVIC
c/o JELENA MILOVANOVIC
10429 WINTER PARK DR
PALOS HILLS IL 60465

**Please come to:**

101 WEST IDA B. WELLS DRIVE
3rd floor
CHICAGO, IL 60605
USA

**On (Date):** Thursday, April 15, 2021
**At (Time):** 08:00AM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. The proceeding will take about two hours.

*To ensure visitor and employee health and safety, please pay special attention to the sections entitled, "COVID-19 Safety Precautions" and "Who should come with you?"*

***YOU MUST APPEAR FOR THIS INTERVIEW*** - However, if you are ill, have any symptoms of illness, have traveled outside the United States within the past two weeks or had contact with a person who tested positive for COVID-19 within the past two weeks, or are at heightened risk due to age or an underlying health condition, call the U.S. Citizenship and Immigration Services (USCIS) Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible to reschedule your appointment. There is no penalty for requesting that your appointment be rescheduled.

***COVID-19 Safety Precautions*** - To ensure the health and safety of all who enter USCIS offices, you must take the following safety precautions when arriving for your interview:
- DO NOT arrive more than 15 minutes prior to your interview time. You will not be permitted entry into the office until 15 minutes before your interview.
- You and anyone permitted to come with you to your interview (as explained in the section, "Who should come with you?" below) must wear a face covering that covers the mouth and nose.
- Bring a black or blue ink pen with you to your interview.

***Who should come with you?*** *Only the following people may come with you to your interview:*
- **If you do not speak English fluently, you should arrange to have an interpreter available by phone. Do not bring an interpreter to the interview.** If you need a Sign Language Interpreter or Certified Deaf Interpreter, call the USCIS Contact Center at 1-800-375-5283 as soon as possible.
- Your attorney or authorized representative may come with you to the interview, or be available via phone.
- If you have a disability and have an individual who assists you, that individual may come with you.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability.

If you filed your Form N-400, Application for Naturalization, on or after Dec. 1, 2020, and are required to take the 2020 version of the civics test, you may now have the option to take the 2008 version of the civics test. To learn if this option is available to you, visit the USCIS Citizenship Resource Center at uscis.gov/citizenship/2020test.

**You MUST BRING the following with you to the interview:**

Please see the additional information on the back. You will be notified separately about any other cases you filed.

| CHICAGO IL FIELD OFFICE<br>U. S. CITIZENSHIP & IMMIGRATION SVC<br>101 WEST IDA B. WELLS DRIVE<br>USCIS<br>CHICAGO IL 60605 | A Number<br> | Receipt Number<br> |
|---|---|---|

USCIS Contact Center: www.uscis.gov/contactcenter



| Receipt Number<br>IOE9028199115 | USCIS Online Account Number<br>032141089361 | Case Type<br>N400 - APPLICATION FOR NATURALIZATION |
|---|---|---|
| Received Date<br>06/23/2020 | Priority Date | Applicant<br>A206 596 236<br>JELENA   MILOVANOVIC |
| Notice Date<br>03/11/2021 | Page<br>2 of 2 | |

- This letter.
- Your Alien Registration Card ("green card").
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen:
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces:
- Your discharge certificate, or form DD214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

To request a disability accommodation, go to **www.uscis.gov/accommodations** or call the USCIS Contact Center at **1-800-375-5283** (TTY: **1-800-767-1833**) as soon as possible, **even if you indicated on your application that you require an accommodation.**

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center toll free at 1-800-375-5283. If you are hearing impaired, please call the USCIS Contact Center TTY at 1-800-767-1833.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

CHICAGO IL FIELD OFFICE
U. S. CITIZENSHIP & IMMIGRATION SVC
101 WEST IDA B. WELLS DRIVE
USCIS
CHICAGO IL 60605

USCIS Contact Center: www.uscis.gov/contactcenter



A Number | Receipt Number



| Receipt Number<br>IOE9028199115 | USCIS Online Account Number<br>032141089361 | Case Type<br>N400 - APPLICATION FOR NATURALIZATION |
|---|---|---|
| Received Date<br>06/23/2020 | Priority Date | Applicant<br>A206 596 236<br>JELENA   MILOVANOVIC |
| Notice Date<br>04/13/2021 | Page<br>1 of 1 | |

JELENA MILOVANOVIC
c/o JELENA MILOVANOVIC
10429 WINTER PARK DR
PALOS HILLS  IL  60465

This is to advise you that, due to unforeseen circumstances, we have had to cancel the previously scheduled interview on    Thursday, April 15, 2021   at 08:00AM    for the above applicant. We regret any inconvenience this may cause.

We will advise you of any further action taken on this case, including any rescheduled interview appointment information, under separate notice. If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center toll free at 1-800-375-5283. If you are hearing impaired, please call the USCIS Contact Center TTY at 1-800-767-1833.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

CHICAGO IL FIELD OFFICE
U. S. CITIZENSHIP & IMMIGRATION SVC
101 WEST IDA B. WELLS DRIVE
USCIS
CHICAGO IL 60605

USCIS Contact Center: www.uscis.gov/contactcenter

A Number 

Receipt Number 

6

**Subject**   Response from Congresswoman Marie Newman

**From**   Rep. Marie Newman
   <repnewman@mail15.housecommunications.gov>

**To:**   Jelena Milovanovic <drplavusa@yahoo.com>

**Date**   Jul 19 at 13:30



## MARIE NEWMAN
Representing the 3rd District of Illinois

Hi Jelena,

Here is the update from USCIS.

> Thank you for your July 7, 2022, letter on behalf of your constituent, Jelena Milovanovic, regarding their pending Form N-400 Application for Naturalization.
>
> U.S. Citizenship and Immigration Services (USCIS) records confirm that Jelena Milovanovic's case is pending at this time. USCIS is committed to adjudicating immigration benefits in a timely and efficient manner while also ensuring public safety, national security and compliance with all relevant directives. While the processing steps for most applications or petitions are completed quickly, a small percentage of cases involve unresolved issues that may result in adjudication delays. For example, if our review reveals an issue that may impact an individual's eligibility for the requested immigration benefit, further inquiry is needed. The inquiry may include an additional interview and/or contact with another agency for updates or more comprehensive information.
>
> We are unable to determine at this time when the review process for the application

*will be completed. USCIS may schedule an interview for Jelena Milovanovic's application once certain issues are resolved. We are striving to resolve these issues as soon as possible.*

*We understand that Jelena Milovanovic may be frustrated by the progress of their case. However, USCIS must balance individual inconvenience against broader issues of public safety and national security.*

*We hope this information is helpful. If we may be of further assistance, please let us know.*

Let us know if you have any questions.

View more